# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA  
v.  

ORDER SETTING CONDITIONS  
OF RELEASE

Lauren Ann Nguyen

Case Number: 3:15CR00142MO

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C § 14135a.

(3) The defendant shall immediately advise the court through Pretrial Services or defense counsel in writing of any change in address and telephone number.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

### Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:
- Report as directed by the U.S. Pretrial Services Office.
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Travel is limited to OR and AZ unless prior approval is obtained from U.S. Pretrial Services.
- Surrender any passport or international travel documents to Pretrial Services or submit a statement to Pretrial Services that the defendant does not possess a passport or international travel documents. The defendant is not to apply for a new passport or international travel documents.
- Do not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner. This provision does not permit the use or possession of medical marijuana even with a physician's written certification. The defendant is prohibited from using or possessing any synthetic intoxicating substance, including but not limited to "Spice", "K-2" and other forms of synthetic marijuana.
- The defendant will provide U.S. Pretrial Services copies of all prescription PRIOR to having them filling them and will NOT fill narcotic pain medications without the prior approval of U.S. Pretrial Services. The defendant is o notify the prescriber of her addiction history as directed by U.S. Pretrial Services.
- All prescribing medical practitioners shall be approved by U.S. Pretrial Services.
- The defendant shall not use, possess, or consume alcohol.
- The defendant shall submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- The defendant shall not own, possess, nor control any firearm (or any weapon) or ammunition.
- Avoid all contact with the following named persons: Orlando Pouncey
- The defendant shall not engage in gambling or enter into establishments where gambling is the primary source of revenue.
- In the event the defendant violates the schedule of location monitoring, cannot be located, or violates any

1

program rule of a residential treatment program or community corrections center, U.S. Pretrial Services is authorized to notify the United States Marshals Service or responsible law enforcement agency who is then commanded to arrest the defendant for the violation and bring him/her before a United States Magistrate Judge without unnecessary delay.

- The defendant shall enter, follow all program rules and successfully complete inpatient treatment at Sierra Tucson as directed by U.S. Pretrial Services.
- Participate in drug/alcohol assessment and undergo counseling as directed by U.S. Pretrial Services.
- Participate in a mental health evaluation and counseling at the direction of U.S. Pretrial Services. The defendant is also to take all medications as prescribed. The defendant shall participate in medication monitoring if directed by Pretrial Services.
- Submit to search of person, place of residence and vehicle at the direction of U.S. Pretrial Services.
- Reside at a community corrections center (CCC) and abide by all rules of the facility until otherwise notified by U.S. Pretrial Services. The defendant shall appear before the Duty Magistrate Judge for a status hearing if still residing at the CCC after 60 days.
- The defendant shall participate in the Court Assisted Pretrial Supervision Program and will meet with the Magistrate Judge as directed to assess the defendant's progress and compliance.

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, forfeiture of bond, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)    an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2)    an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3)    any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4)    a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

2

_____<br>Signature of Defendant

_____<br>City, State & Zip

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
- [x] Alcohol detection
- [x] Drug detection
- [ ] Computer monitoring

The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
- [ ] The defendant is ORDERED released after processing.
- [x] The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk, Pretrial Services or judicial officer that the defendant has posted bond and/or complied with all other conditions for release including space availability at a community corrections center or residential treatment facility. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____.

Date: _September 17, 2015_

_____
Signature of Judicial Officer
John V. Acosta
U.S. Magistrate Judge
Name and Title of Judicial Officer

cc: Defendant
US Attorney
US Marshal
Pretrial Services

3